## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

|  |  |
|---|---|
| Plaintiff, | **CASE NO.   8:24CR134** |
| vs. | |
| Mike Marquez | **WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER** |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)    The defendant affirms receiving a copy of the indictment;

(2)    The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)    The defendant pleads not guilty to all counts of the indictment.

_____          8/23/24
Defendant                                              Date

_____          8/23/24
Attorney for Defendant                          Date

### ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this  26th  day of _____August_____, 2024.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT