IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MIKE MARQUEZ,<br><br>　　　　　　Defendant. | 8:24CR134<br><br><br>NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to the defendant in the above-captioned case.

DATED this 4th day of September 2024.

　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA
　　　　　　　　　　　　　　　　　　　Plaintiff

　　　　　　　　　　　　　　　　　　　SUSAN T. LEHR
　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　s/Kimberly C. Bunjer
　　　　　　　　　　By:　KIMBERLY C. BUNJER #20962
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　1620 Dodge Street, #1400
　　　　　　　　　　　　　　　　　　　Omaha, Nebraska 68102-1506
　　　　　　　　　　　　　　　　　　　Tel: (402) 661-3700
　　　　　　　　　　　　　　　　　　　Fax: (402) 345-5724
　　　　　　　　　　　　　　　　　　　kim.bunjer@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Yvonne Sosa, Attorney for Defendant.

                                                                                                                    s/Kimberly C. Bunjer
                                                                                                  KIMBERLY C. BUNJER
                                                                                                  Assistant United States Attorney